# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JOSEPH RICCI, CUSTOM CONSTRUCTION SERVICES, LLC**<br>    *Plaintiffs*<br><br>v.<br><br>**TOWN OF SMITHFIELD, STATE OF RHODE ISLAND, JOSEPH MARCELLO, MICHAEL SMITH, and RICHARD ST. SAUVEUR,**<br>    *Defendants* | C.A. No. 1:20-cv-00543-MSM-PAS |

## WITHDRAWAL OF APPEARANCE

Now comes the Office of the Attorney General and hereby withdraws the appearance of Michael W. Field on behalf of Defendant, State of Rhode Island, in the above-captioned matter. I, Counsel for the Defendant, Marissa D. Pizaña, will remain in the case and represent the Defendant.

Respectfully submitted,

DEFENDANT,

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Marissa D. Pizaña*
Marissa D. Pizaña (#10468)
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI  02903
Tel (401) 274-4400 ext. 2055
Fax (401) 222-2995
mpizana@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2024, I filed the within document via the ECF filing system and that a copy is available for viewing and downloading.

*/s/ Marissa D. Pizaña*