UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH RICCI,<br>CUSTOM CONSTRUCTION<br>    *Plaintiff,*<br><br>vs.<br><br><br>TOWN OF SMITHFIELD,<br>JOSEPH MARCELLO, individually<br>MICHAEL SMITH, individually, and<br>RICHARD ST. SAUVEUR, individually<br>    *Defendants.* | C.A. No.: 1:20-cv-00543-MSM-PAS |

## **DISMISSAL STIPULATION**

The parties hereby stipulate that this matter is dismissed, with prejudice, each party to bear their own costs and attorney fees.

| | |
|---|---|
| Defendants,<br>By their attorneys, | Plaintiff,<br>By his attorney, |
| */s/ Ryan Stys*_____<br>*/s/ Marc DeSisto*_____<br>Ryan Stys, #8094<br>Marc DeSisto #2757<br>DESISTO LAW LLC<br>60 Ship Street<br>Providence, RI 02903<br>(401) 272-4442<br>ryan@desistolaw.com<br>marc@desistolaw.com | */s/ Megan E. Sheehan,*_____<br>Megan E. Sheehan, #9804<br>Sheehan & Associates<br>65 Bay Spring Ave.<br>Barrington, RI 02806<br>Phone: (401) 400-5839<br>megan@sheehanlawoffice.net |

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 14th day of June 2024 and is available for viewing and downloading from the ECF system. I further certify that a true and accurate copy of the within served by electronic means to:

/s/Megan Sheehan